

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2022

No. 04-22-00062-CR

Ricardo **ARREOLA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0097-CRA
Honorable Walden Shelton, Judge Presiding

# O R D E R

On January 31, 2022, the district clerk filed the clerk's record in this appeal. On June 7, 2022, the district clerk filed the supplemental record that was ordered by this court.

On February 9, 2022, the court reporter filed the reporter's record in this case. On June 7, 2022, the reporter filed the supplemental record that was ordered by this court.

On July 11, 2022, Appellant Ricardo Arreola moved for this court to abate the appeal because he stated that his motion to dismiss and the related transcript were not made part of the record and that he received no response after requesting the items.

Abatement in this situation, however, is unnecessary. *See* TEX. R. APP. P. 34.6(d).

Therefore, we **order** the district clerk and the court reporter to file supplemental records **within thirty days** of this order containing the records requested by Appellant. *See id.* "The clerk may consult with the parties concerning the contents of the clerk's record." *Id*. R. 34.5(h).

The clerk's record and the reporter's record will not be deemed filed for purposes of Rule 38.6 (Time to File Briefs) until the revised record is submitted. *See id*. R. 38.6.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2022.



Michael A. Cruz,
Clerk of Court